Argued and submitted July 1,
appeal dismissed by stipulation September 9, 1981

# FISHER,
*Respondent,*

*v.*

# HUCK,
*Petitioner.*

(No. A7903-01519, CA 16258, SC 27713)

632 P2d 1260

Steven K. Blackhurst, Portland, argued the cause for petitioner. With him on the brief was Lindsay, Hart, Neil & Weigler, Portland.

Larry Dawson, Portland, argued the cause and filed a brief for respondent.

Before Denecke, C. J., and Lent, Linde, Peterson, Tanzer, and Campbell, Justices.

PER CURIAM.

Appeal dismissed by stipulation.